**Verdict Form**

We, the jury, find for DAVID CANANIA, and against STEVEN     DIPPOLD and DIPPOLD  TRUCKING,  a  corporation.  We  assess  the  damages  in  the  sum  of $ 1,000,000        itemized as follows:

The loss of a normal life experienced and
reasonably certain to be experienced in the future.   $ 75,000

The pain and suffering experienced, and
reasonably certain to be experienced in the future
as a result of the injuries.                          $ 75,000

The emotional distress experienced, and
reasonably certain to be experienced in the future    $ 75,000

The reasonable expense of necessary medical
care, treatment, and services received and the
present cash value of the reasonable expenses
of medical care, treatment and services
reasonably certain to be received in the future.      $ 550,000

The value of earnings lost and the present
cash value of the earnings reasonably certain to
be lost in the future.                                $ 225,000