# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID CANANIA & CHERYL CANANIA, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:22-cv-2421-JPG |
| DIPPOLD TRUCKING & STEVEN DIPPOLD, | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court and the jury having rendered a verdict;

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff David Canania and against Defendants Dippold Trucking and Steven Dippold, pursuant to the jury's verdict, in the amount of $1,000,000.00.

**DATED:** April 4, 2025

MONICA A. STUMP, Clerk of Court

By: *s/Tina Gray,*
Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE